## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Timothy E. Wiant aka Timothy E. Wiant, Sr.                    CHAPTER 13

       Sherry L. Wiant fka Sherry Lee McCollum                    BKY. NO. 25-10667 JCM

              Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc and index same on the master mailing list.


           Respectfully submitted,

/s/ 
Denise Carlon
03 Dec 2025, 12:30:00, EST
Denise Carlon, Esq. (317226)  ☑
Matthew Fissel, Esq. (314567)  ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com