Certificate Number: 20611-PAW-DE-040388231

Bankruptcy Case Number: 25-10667



20611-PAW-DE-040388231

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 5, 2025</u>, at <u>1:04</u> o'clock <u>PM EST</u>, <u>Sherry L Wiant</u> completed a course on personal financial management given <u>by internet</u> by <u>Ronda J. Winnecour, Chapter 13 Standing Trustee</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>December 7, 2025</u>        By:  <u>/s/Kathleen B Mills</u>

Name:  <u>Kathleen B Mills</u>

Title:  <u>TEN Financial Educator</u>