Certificate Number: 20611-PAW-DE-040388239

Bankruptcy Case Number: 25-10667



20611-PAW-DE-040388239

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 5, 2025, at 5:30 o'clock PM EST, Timothy E Wiant completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  December 7, 2025

By:  /s/Kathleen B Mills

Name:  Kathleen B Mills

Title:  TEN Financial Educator